UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Travis J. Richards, Esq. (TR2556)
Weishoff & Richards LLC
141 High Street
Mt. Holly, NJ 08060

In Re:
Tillson, Denise & Croushore, Marc

Case No.: _____19-15669_____

Judge: _____Poslusny, Jr._____

Chapter:              13

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

I, _____Denise Tillson & Marc Croushore_____, upon my oath according to law, hereby certify as follows:

1.    The below information is being supplied for compliance with the Confirmation Hearing date on _____July 3, 2019_____.

2.    The above named Debtor(s) has /have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

3.    The above named Debtor(s) has/have filed all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308.

4.    If the Confirmation hearing date stated in Paragraph 1 is adjourned for any
reason, an updated Certification will be filed with the Court prior to any
subsequent Confirmation hearing date in the event any of the information
contained in this Certification changes.

I certify under penalty of perjury that the foregoing is true and correct.

DATED: ___6/20/2019___

_____
Signature of Debtor

DATED: ___6/20/2019___

_____
Signature of Joint Debtor

new.5/23/06;jml

2