Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 19-15669 (JNP)**

Denise Tillson and Marc Croushore  
513 Garfield Avenue  
Palmyra, NJ  08065-1615

Monthly Payment: $493.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2021 | $493.00 | 02/01/2021 | $493.00 | 03/02/2021 | $493.00 | 03/30/2021 | $493.00 |
| 05/10/2021 | $493.00 | 06/01/2021 | $493.00 | 07/02/2021 | $493.00 | 08/03/2021 | $493.00 |
| 08/31/2021 | $493.00 | 10/01/2021 | $493.00 | 11/01/2021 | $493.00 | 12/01/2021 | $493.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DENISE TILLSON | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TRAVIS J. RICHARDS, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 1 | ALLERGY AND ASTHMA IMMUNOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA, N.A. | 33 | $7,730.67 | $0.00 | $7,730.67 | $0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | 33 | $2,803.50 | $0.00 | $2,803.50 | $0.00 |
| 5 | CITIBANK, N.A. | 33 | $3,214.94 | $0.00 | $3,214.94 | $0.00 |
| 6 | JPMORGAN CHASE BANK, N.A. | 33 | $2,735.34 | $0.00 | $2,735.34 | $0.00 |
| 7 | DISCOVER BANK | 33 | $608.94 | $0.00 | $608.94 | $0.00 |
| 8 | EDFINANCIAL SERVICES | 33 | $1,954.06 | $0.00 | $1,954.06 | $0.00 |
| 9 | M & T BANK | 24 | $23,582.94 | $11,460.94 | $12,122.00 | $5,448.68 |
| 10 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | NISSAN MOTOR ACCEPTANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MIDLAND FUNDING, LLC | 33 | $1,815.57 | $0.00 | $1,815.57 | $0.00 |
| 13 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | TD RETAIL CARD SERVICES | 33 | $2,192.97 | $0.00 | $2,192.97 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | VERIZON BY AMERICAN INFOSOURCE | 33 | $279.63 | $0.00 | $279.63 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MARC CROUSHORE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TRAVIS J. RICHARDS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | UNIFUND CCR PARTNERS | 33 | $3,586.70 | $0.00 | $3,586.70 | $0.00 |
| 23 | Alpha Dental | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | COOPER UNIVERSITY HEALTH CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | EDFINANCIAL SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | LEGACY TREATMENT SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | NISSAN MOTOR ACCEPTANCE CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | SOUTHERN JERSEY FAMILY MEDICAL CENTERS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 04/01/2019 | 2.00 | $0.00 |
| 06/01/2019 | Paid to Date | $1,455.00 |
| 07/01/2019 | 57.00 | $493.00 |
| 04/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,916.00 |
| Total paid to creditors this period: | $5,448.68 |
| Undistributed Funds on Hand: | $451.59 |
| Arrearages: | $8.00 |
| Attorney: | TRAVIS J. RICHARDS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**