Certificate Number: 17082-NJ-DE-037445516

Bankruptcy Case Number: 19-15669



17082-NJ-DE-037445516

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 20, 2023, at 11:44 o'clock AM MST, DENISE J TILLSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 20, 2023               By:   /s/Orsolya K Lazar

                                   Name: Orsolya K Lazar

                                   Title: Executive Director