| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Denise Tillson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6873<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Marc Croushore<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5205<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–15669–JNP | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Denise Tillson                                Marc Croushore

<u>5/10/24</u>                                **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-15669-JNP

Denise Tillson                                                                    Chapter 13

Marc Croushore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                             User: admin                                             Page 1 of 3
Date Rcvd: May 10, 2024                    Form ID: 3180W                                  Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Denise Tillson, Marc Croushore, 513 Garfield Ave, Palmyra, NJ 08065-1615 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 518131442 | | Allergy and Asthma Immunology, 127 Ark Rd Ste 1, Mount Laurel, NJ 08054-6303 |
| 518263594 | | Alpha Dental, 2103 Branch Pike Ste 16, Cinnaminson, NJ 08077-3044 |
| 518263595 | | Cooper University Health Care, PO Box 95000, Philadelphia, PA 19195-0001 |
| 518263596 | + | Legacy Treatment, SCIP APT/, 1289 ROUTE 38W STE 203, Hainesport, NJ 08036-2730 |
| 518157516 | + | M&T BANK, KML Law Group, P.C., 216 Haddon Ave., Ste. 406, Westmont, NJ 08108-2812 |
| 518133330 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518131455 | | Td Rcs/Littman Jeweler, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 10 2024 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 10 2024 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518131443 | ^ | MEBN | May 10 2024 20:41:19 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 518131444 | | EDI: BANKAMER | May 11 2024 00:30:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518184471 | + | EDI: BANKAMER2 | May 11 2024 00:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518131445 | | EDI: CAPITALONE.COM | May 11 2024 00:30:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518158140 | + | EDI: AIS.COM | May 11 2024 00:36:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131446 | | EDI: CITICORP | May 11 2024 00:30:00 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518199049 | + | Email/Text: RASEBN@raslg.com | May 10 2024 20:41:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518269747 | + | EDI: CITICORP | May 11 2024 00:30:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518142904 | | EDI: DISCOVER | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 11 2024 00:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518131448 | | EDI: DISCOVER | May 11 2024 00:30:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518131449 | | Email/Text: EBN@edfinancial.com | May 10 2024 20:41:00 | Edfinancial Services L, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 518549796 | + | Email/Text: EBN@edfinancial.com | May 10 2024 20:41:00 | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 518131447 | | EDI: JPMORGANCHASE | May 11 2024 00:30:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518131450 | | Email/Text: camanagement@mtb.com | May 10 2024 20:42:00 | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 518268313 | | Email/Text: camanagement@mtb.com | May 10 2024 20:42:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 518131451 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2024 20:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518207347 | + | Email/Text: bankruptcydpt@mcmcg.com | May 10 2024 20:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518131452 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2024 20:41:00 | Nissan-Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063-5816 |
| 518207746 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 10 2024 20:41:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 518131453 | | EDI: SYNC | May 11 2024 00:30:00 | Synchrony Bank, 140 Wekiva Springs Rd, Longwood, FL 32779-3604 |
| 518131454 | | EDI: TDBANKNORTH.COM | May 11 2024 00:36:00 | Td Bank N.A., 32 Chestnut St, Lewiston, ME 04240-7744 |
| 518236587 | + | EDI: CBSTDR | May 11 2024 00:30:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518158656 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 10 2024 20:54:25 | U.S. Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 518236707 | | Email/Text: bankruptcy@unifund.com | May 10 2024 20:41:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 |
| 518253164 | + | EDI: AIS.COM | May 11 2024 00:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131456 | | EDI: VERIZONCOMB.COM | May 11 2024 00:30:00 | Verizon Wireless, PO Box 650051, Dallas, TX 75265-0051 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518263593 | * | Allergy and Asthma Immunology, 127 Ark Rd Ste 1, Mount Laurel, NJ 08054-6303 |
| 518263598 | * | U.S. Department of HUD, 451 7th St SW, Washington, DC 20410-0001 |
| 518263597 | ## | Southern Jersey Family Medical Center, 1 N White Horse Pike, Hammonton, NJ 08037-1875 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 10, 2024 | Form ID: 3180W | Total Noticed: 37 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2024            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Travis J. Richards | on behalf of Debtor Denise Tillson richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| Travis J. Richards | on behalf of Joint Debtor Marc Croushore richardslegal@yahoo.com G19226@notify.cincompass.com,travis@wr.legal,nick@wr.legal |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8