Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  19−15669−JNP
          Chapter:  13
          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Denise Tillson | Marc Croushore |
| 513 Garfield Ave | 513 Garfield Ave |
| Palmyra, NJ 08065−1615 | Palmyra, NJ 08065−1615 |

Social Security No.:
  xxx−xx−6873                                             xxx−xx−5205

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 10, 2024</u>                       <u>Jerrold N. Poslusny Jr.</u>
                                                       Judge, United States Bankruptcy Court